1  David Goldman, Bar No. 76551
   Gregory K. Jung, Bar No. 203350
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, California 94607
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928
   Email: gjung@wendel.com
5
   Attorneys for Defendant
6  TANG KAI YUNG, dba MIKADO SUSHI

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CRAIG YATES, an individual,            Case No. 10-cv-00872 TEH

12              Plaintiff,                **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
13      vs.

14 MIKADO SUSHI, et al.,

15              Defendants.

16

17      Pursuant to Local Rule 6.1(a), the parties to this Stipulation, through their respective

18 counsel, agree and stipulate as follows:

19      WHEREAS, Plaintiff and defendants Tang Kai Yung dba Mikado Sushi ("Tang") and

20 Northgate Properties, L.P. ("Northgate"), are engaged in discussions to resolve this action without

21 further formal legal proceedings;

22      WHEREAS, in order to conserve the resources of the parties and of the Court, the parties

23 have agreed that the time for Tang and Northgate to file an answer or other response to the

24 complaint in this action should be extended pending their settlement discussions;

25      THEREFORE, IT IS HEREBY STIPULATED THAT the time for Tang and Northgate

26 within which to answer or otherwise respond to the complaint in this action is hereby extended to

27 the date 30 days from the date of the last party's execution of this Stipulation.

28

[Stamp: IT IS SO ORDERED / Judge Thelton E. Henderson / 06/17/10 — United States District Court, Northern District of California]

06/16/2010 15:19 4156749900　　　Case 3:10-cv-00872-TEH Document 6 Filed 06/17/10 Page 2 of 2　　THE FRANKOVICH GROUP　　PAGE 01/01

06/16/2010 14:52 FAX　　　　　　WENDEL ROSEN BLACK & DEA　　　　@004/004

1
2  Dated: June 16, 2010　　　THOMAS E. FRANKOVICH
3
4　　　　　　　　　　　　　　　By: _____
5　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　CRAIG YATES

6  Dated: June 16, 2010　　　WENDEL, ROSEN, BLACK & DEAN LLP
7
8　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Gregory K. Jung
9　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　TANG KAI YUNG, dba MIKADO SUSHI
10
11 Dated: June 16, 2010　　　KATZOFF & RIGGS
12
13　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Stephen G. Preonas
14　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　NORTHGATE PROPERTIES, LP

15
16
17
18
19
20
21
22
23
24
25
26
27
28



016787.0001\1555559.1

*STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT - Case No. 10-cv-00872
TEH*　　　　- 2 -

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607