1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:      415/444-5800
4  Facsimile:      415/444-5805

5  Attorneys for Plaintiff
   CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MIKADO SUSHI a.k.a, TANG KAI YUNG, an individual dba MIKADO SUSHI; and NORTHGATE PROPERTIES, LP,<br><br>Defendants. | **CASE NO. CV-10-0872-TEH**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated:  August 19, 2011

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /S/ *Thomas E. Frankovich*
Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: August 19, 2011

WENDEL, ROSEN, BLACK & DEAN LLP

By: /S/ *Gregory K. Jung*
Gregory K. Jung
Attorney for Defendant TANG KAI YUNG, an individual

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 8/22, 2011

Senior Honorable Thelton E. Henderson
Judge Thelton E. Henderson